UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DREW ROICKI<br>    Plaintiff,<br><br>v.<br><br>CENLAR, Federal Savings Bank, and<br>Security Service Federal Credit Union<br>    Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 5:14-cv-00876-FB<br>§<br>§<br>§<br>§ |

## RULE 41(a)(2) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Drew Roicki, and Defendants, Cenlar FSB and Security Service Federal Credit Union, request entry of this Stipulation and Dismissal under Rule 41(a)(2), Federal Rules of Civil Procedure.

The parties stipulate to and Plaintiff Drew Roicki dismisses with prejudice his action against Cenlar FSB and Security Service Federal Credit Union.

STIPULATED:

/s/ Adam C. Cortez
Adam Cortez   TBN: 04844650
THE CORTEZ LAW FIRM 12758
Cimarron Path, Suite 118
San Antonio, Texas 78249
Telephone (210) 273-2277
Facsimile (210) 579-1218
adam@cortezlawfirm.com
ATTORNEYS FOR PLAINTIFF
DREW ROICKI

/s/ Sabrina A. Neff
C. Ed Harrell        TBN: 09042500
Sabrina A. Neff      TBN: 24065813
HUGHES WATTERS ASKANASE, LLP
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Facsimile (713) 759-6834
sneff@hwa.com
ATTORNEYS FOR DEFENDANTS
CENLAR, FSB and SECURITY SERVICE
FEDERAL CREDIT UNION

IT IS SO ORDERED.

Done this ____ day of _____, 2015, at San Antonio, Texas.

_____
**U.S. DISTRICT JUDGE FRED BIERY**